UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
AHMAD ALHARBI, ET AL.,                                   :        **<u>PRELIMINARY INJUNCTION</u>**
                                                         :
                            Plaintiff,                   :        18-CV-2435 (BMC)
                                                         :
                     - against -                         :
                                                         :
STEPHEN MILLER, ET AL.,                                  :
                                                         :
                            Defendant.                   :
-------------------------------------------------------- X

**COGAN**, District Judge.

  Plaintiffs having moved this Court for a Preliminary Injunction pursuant to Rule 65 of the

Federal Rules of Civil Procedure; and proof of service of the motion having been duly filed; and

the matter having come before the Court for a hearing on the motion; and the Court having made

its findings of fact and conclusions of law, granting the motion, it is hereby

  ORDERED, that, effective immediately, defendants, together with their officers, agents,

servants, and employees, and those acting in active concert or participation with them, are

ORDERED to:

   1. Within two weeks of the issuance of this Preliminary Injunction, provide a valid

    printed visa for the following:Nidal Assieby, Ahmad Alharbi, Riyadh Alharbi

    (child of Riyadh Alharbi and Nidal Assieby), Ghadeer Murshed, Taha Thabit,

    Aisha Thabit, Qasem Thabit, Emad Mugamal, Jehan Alnajjar, Duaa Mugamal,

    Shahd Mugamal, Musleh Mugamal, Mohamed Mugamal, Hussain Mugamal,

    Sami Al-Namer, Sadam Mugamal, Yasmeen Mugamal, Salah Mugamal, Nadia

    Saleh, Nooira Mugamal, Layan Mugamal, Laila Ali, Dheyazan Saeed, Rashed

Al Shugaa, Bassam Almontaser, Aisha Ragih, and Ali Hamood;

2. Within two weeks of the issuance of this Preliminary Injunction, provide a valid printed visa for Ahmed Al Saidi, or submit evidence showing that he did not erroneously receive an expired visa.

3. Within two weeks of the issuance of this Preliminary Injunction, provide a printed, valid visa for Gameelah Alharbi and Iseal Mussa, or submit evidence showing that they did not receive approval notices.

ORDERED, that this preliminary injunction shall remain in effect pending entry of final judgment in this action.

**SO ORDERED.**

Digitally signed by Brian
M. Cogan
_____
U.S.D.J.

Dated: Brooklyn, New York
        May 27, 2018

2